Order issued December 21, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-00238-CV

Jackqueline McDaniel, Appellant

V.

HSBC Bank, NA, as Trustee on Behalf of Ace Securities Corp. Home Equity Loan Trust
and for the Registered Holders of Ace Securities Corp. Home Equity Loan Trust,
Series 2007-ASAPI, Asset Backed Pass-Through Certificates, Appellee

## ORDER

The exhibits admitted into evidence were not included in the reporter's record filed in this

Court. We **ORDER** the court reporter to file, within fourteen days of the date of this order, a

supplemental reporter's record containing the exhibits admitted in this proceeding.

LANA MYERS
PRESIDING JUSTICE